to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

CHARLES SCHNEIDER, Appellant, v. SAM KAPLAN, as President, etc., Respondent. — Motion for stay granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

SARAH STELLJES and Others, Respondents, v. DIETZ DELIVERY SERVICE, INC., and Another, Appellants.— Motion for stay granted upon condition that within five days from the entry of the order herein appellants file an undertaking, with corporate surety, in the sum of $1,000 conditioned for the payment of the reasonable value of the use and occupation of the right of way if the judgment be affirmed. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

MARGARET STRECKER, Doing Business as MANHATTAN LUMBER COMPANY, Respondent, v. KEW GARDENS REALTY ASSOCIATES, INC., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants.— Motion to amend record denied. The court is of opinion that the lien is valid. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

JOSEPH TRUTA, Appellant, v. JOHN J. TOMICH and Others, Defendants, and MARY TOMICH, Executrix, etc., of JOHN J. TOMICH, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

THE WESTCHESTER ELECTRIC RAILROAD COMPANY, Plaintiff, v. WESTCHESTER COUNTY PARK COMMISSION, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

FRED WURSCHINGER, Respondent, v. CHU HONG OY, etc., and Others, Defendants, Impleaded with JOSEPH BOXER and Another, Appellants.— Motion to dispense with printing minutes in record denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

PAUL BENDISH, Respondent, v. THE ORIENT INN, INC., Defendant, Impleaded with R. H. JOHNSTON HOLDING CORPORATION and DAFRE REALTY CO., INC., Appellants. (Action No. 2.) — Application granted. No stay will be granted.

JULIUS COLEMAN & BRO., INC., Respondent, v. THE ORIENT INN, INC., Defendant, Impleaded with R. H. JOHNSTON HOLDING CORPORATION and DAFRE REALTY CO., INC., Appellants. (Action No. 1.) — Application granted. No stay will be granted.

JOHN W. FOLEY, Respondent, v. LIGGETT & MYERS TOBACCO CO., INC., and UNITED CIGAR STORES COMPANY OF AMERICA, Appellants.—Application granted.

JOHN W. FOLEY, Respondent, v. LIGGETT & MYERS TOBACCO CO., INC., and UNITED CIGAR STORES COMPANY OF AMERICA, Appellants.—Application granted.

HAFFIZ ABOUD, Respondent, v. PAUL G. HAAS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ABRAHAM BAUMWALD, Respondent, Appellant, v. TWO STAR LAUNDRY SERVICE, INC., Appellant, Respondent. SACHS REALTY IMPROVEMENT CORPORATION and Others, Defendants; A. E. ROBERT FRIEDMAN, Receiver, Respondent.— Order